Thomas Ryan et al., Appellants, *v.* Joseph Simons, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, an Unincorporated Association, et al., Respondents.

Argued January 18, 1951; decided April 12, 1951.

744

*Arthur G. Warner* and *James E. Birdsall* for appellants.

*Samuel Duker* for Newspaper and Mail Deliverers' Union of New York and Vicinity, respondent.

*John R. Schoemer, Jr.,* and *John S. Bainbridge* for News Syndicate Co., Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 847.]